UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:14-CV-94

| | |
|---|---|
| HARU HOLDING CORP., a Delaware corporation, *Plaintiff,*<br><br>vs.<br><br>NEW HARU, INC., a North Carolina corporation, d/b/a HARU SUSHI JAPANESE RESTAURANT and/or HARUSUSHIUSA.COM, NEW CITY, INC., a North Carolina corporation, d/b/a HARU SUSHI JAPANESE RESTAURANT and/or HARUSUSHIUSA.COM, SMOOTHCOM, INC., a North Carolina corporation, and HARU SUSHI, INC., a North Carolina corporation, *Defendants.* | **ORDER** |

FOR GOOD CAUSE SHOWN, and considering the foregoing Notice of Settlement and Dismissal of Claims as to Defendant New Haru, Inc. only.

IT IS ORDERED that this action is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as to Defendant New Haru, Inc. only, with each party to bear its own costs and attorneys' fees.

_____
Honorable Judge
U.S. District Court for the Eastern District of North Carolina

PPAB 2455985v1